ments. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

A. C. Schwarz Co., Inc., Appellant, v. Hood Tire Corporation, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Elsie E. Adler, Respondent, v. Max A. Adler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of Katherine E. Brown, Respondent, for an Order Directing I. Nick Gordon, an Attorney, Appellant, to Pay over Certain Moneys.—Order affirmed with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Ida Crosby, Appellant, for the Discharge of Her Committee. Fred H. Crosby, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Mill Factors Corporation, Appellant, v. Samuel A. Handman, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Mill Factors Corporation, Appellant, v. Samuel A. Handman, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Jacob Ruda, Respondent, v. Edward C. Till and Nathan M. Wood, Appellants.— Orders reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Lottie C. Gernsback, Respondent, v. Sidney Gernsback, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Schenley Products Co., Inc., Respondent, v. Jules Kramer, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Audrey Mason, Respondent, v. Jesse Freeman and Another, Defendants, Impleaded with Clarence Dingman, Sued Herein as Clarence Dingham, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Louis Ullman and Julius Pezenik, Appellants, v. Jacob Stolzenberg and Others, Respondents.— Order reversed, with ten dollars costs and disbursements to appellants, and motion granted as stated in order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Anna L. Reiter, Appellant, v. Stein & Blaine, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements, without prejudice to an application to set up the defense also as a counterclaim in the City Court action. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Fox Chase Knitting Mills, Inc., Respondent, v. Jacob Handal and Bishara